# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

———————————

### No. ACM S32458

———————————

### UNITED STATES
*Appellee*

v.

### Keidrick B. OWENS
Airman First Class (E-3), U.S. Air Force, *Appellant*

———————————

Appeal from the United States Air Force Trial Judiciary

Decided 16 May 2018

———————————

*Military Judge:* Joseph S. Imburgia.

*Approved sentence:* Bad-conduct discharge, confinement for 4 months, reduction to E-1, and a reprimand. Sentence adjudged 25 January 2017 by SpCM convened at Luke Air Force Base, Arizona.

*For Appellant:* Major Jarett F. Merk, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Mary Ellen Payne, Esquire.

Before JOHNSON, MINK, and DENNIS, *Appellate Military Judges.*

———————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

———————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Arti-

cles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c). Accordingly, the approved findings and sentence are **AFFIRMED**.[*]

FOR THE COURT

*Carol K. Joyce*

CAROL K. JOYCE
Clerk of the Court

---

[*] We note that the court-martial order (CMO) of 13 March 2017 contains two errors. First, Specification 3 is missing the language "unlawfully grab [DS's] neck with his hand and." Second, the CMO indicates that Appellant was found not guilty of Charge II when in fact Charge II was withdrawn and dismissed with prejudice in accordance with the terms of the pretrial agreement. We find no prejudice, but order the promulgation of a corrected CMO.